1  **WO**

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9  Najm Al Den Ameen,                     )    No. CV 08-1278-PHX-JAT
                                          )
10            Plaintiff,                   )    **ORDER**
                                          )
11  vs.                                    )
                                          )
12                                         )
   McKay; Baker,                          )
13                                         )
             Defendants.                   )
14                                         )
   _____ )

15

16        Pending before the Court is Plaintiff's motion for extension of time to file his motion

17  for appointment of counsel.  Finding good cause to have been shown, the Court will grant

18  Plaintiff's request.   However, the Court notes that the parties were unable to agree on

19  proposed trial dates when the Court requested proposed trial dates.  Doc. #80.  The Court

20  further notes that this disagreement was based on Plaintiff's desire to have a trial date as soon

21  as possible, and sooner than Defendants were available.  In granting this extension, the Court

22  cautions Plaintiff that any extensions he seeks will delay the trial date.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to file

2    a motion for appointment of counsel (Doc. #79) is granted; Plaintiff must file his motion for

3    appointment of counsel by April 14, 2010; Defendants' response, if any, is due by April 21,

4    2010.

5            DATED this 7th day of April, 2010.

6

7    _____

8                         James A. Teilborg
                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28